THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DOROTHY RISHAH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA D/B/A/ NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | No.: 2:25-cv-00154-BJR<br><br>**ORDER ON STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES** |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Certain Pretrial Deadlines. Having reviewed the stipulation and finding good cause, the Court hereby ORDERS:

1. The deadlines are extended as Laid out below:

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Deadline to Complete Fact Discovery | 01/16/26 | 03/31/26 |
| All Dispositive Motions must be filed by | 02/13/26 | 03/31/26 |

Page 1 – ORDER ON STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

| | | |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | 03/09/26 | 04/30/26 |
| Deadline to Complete Expert Discovery | 04/09/26 | 05/29/26 |
| Settlement conference held by | 05/01/26 | 06/05/26 |

2. The current pretrial and trial dates are hereby vacated, although the Court notes that the parties agreed to continue to work towards a trial commencing on July 20, 2026. If this case is not resolved by settlement or after dispositive motions, the Court will enter a separate order pertaining to pretrial and trial dates.

IT IS SO ORDERED.

Dated this 16th day of January, 2026.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

Submitted by:

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: *s/ Vanessa G. Aaron*
Kirsten Curtis, WSBA No. 48985
Vanessa G. Aaron, WSBA No. 60826
805 SW Broadway Street, Suite 2460
Portland, OR 97205
Tel: (971) 352-3030
Fax: (971) 352-3019
Email: Kirsten.curtis@wilsonelser.com
Email: vanessa.aaron@wilsonelser.com

*Attorneys for Defendant*

GLP ATTORNEYS, P.S., INC.

By: *s/ Scott Shawver*
Scott Shawver, WSBA No. 24048
Conner Shultz, WSBA No. 64214
2601 Fourth Avenue, Suite 600
Seattle, WA 98121
Tel: (206) 448-1992
Fax: (206) 448-4640
Email: sshawver@glpattorneys.com
Email: cshultz@glpattorneys.com

*Attorneys for Plaintiff*

Page 2 – ORDER ON STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

*Attorneys for Plaintiff*

Scott Shawver, WSBA No. 24048
Conner Schultz, WSBA No. 64214
GLP Attorneys, P.S., Inc.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
(206) 448-1992
sshawver@glpattorneys.com
cshultz@glpattorneys.com
dmenillo@glpattorneys.com
ggullick@glpattorneys.com

Dated: January 16, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: *s/ Kaley Nelson*
Kaley Nelson, Paralegal/Administrative Assistant
Kaley.nelson@wilsonelser.com

Page 1 – CERTIFICATE OF SERVICE

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019