THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOROTHY RISHAH,

        Plaintiff,

    v.

NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA,

        Defendant.

No.: 2:25-cv-00154-BJR

ORDER ON STIPULATION
REGARDING FED. R. CIV. P. 35
EXAMINATION OF PLAINTIFF

The Court, having reviewed the parties' Stipulation for Independent Medical Examination Pursuant to Federal Rule of Civil Procedure 35, and finding good cause therefor, hereby ORDERS as follows:

1. The Stipulation is APPROVED and its terms are incorporated herein by reference as an Order of this Court.

2. Plaintiff Dorothy Rishah shall submit to an independent medical examination by Dr. James Harris on April 21, 2026, at 11:00 AM at Everett Chiropractic Center, located at 8625 Evergreen Way, #210, in Everett, WA, 98203, under the conditions set forth in the Stipulation.

3. The examination shall be limited in scope, manner, and conditions as specified in the Stipulation.

4. The examiner shall prepare a detailed written report in accordance with Federal Rule of

Page 1 – ORDER ON STIPULATION REGARDING
FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF

331191748V.1

Civil Procedure 35(b)(2), and the parties shall comply with the report exchange provisions of the Stipulation and Federal Rule of Civil Procedure 35(b).

5. Failure to comply with the terms of this Order may result in sanctions as provided by Federal Rule of Civil Procedure 37(b)(2).

IT IS SO ORDERED.

DATED this 4th day of March, 2026.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

Submitted by:
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By:____*s/ Kirsten Curtis*_____
Kirsten Curtis, WSBA No. 48985
Vanessa G. Aaron, WSBA No. 60826
805 SW Broadway Street, Suite 2460
Portland, OR 97205
Tel: (971) 352-3030
Fax: (971) 352-3019
Email: Kirsten.curtis@wilsonelser.com
Email: vanessa.aaron@wilsonelser.com

*Attorney for Defendant*

GLP ATTORNEYS, P.S., INC.

By:____*s/ Scott Shawver*_____
Scott Shawver, WSBA No. 24048
Conner Shultz, WSBA No. 64214
2601 Fourth Avenue, Suite 600
Seattle, WA 98121
Tel: (206) 448-1992
Fax: (206) 448-4640
Email: sshawver@glpattorneys.com
Email: cshultz@glpattorneys.com

*Attorneys for Plaintiff*

Page 2 – ORDER ON STIPULATION REGARDING
FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF

331191748V.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

*Attorneys for Plaintiff*

Scott Shawver, WSBA #24048
Conner Schultz, WSBA #64214
GLP Attorneys, P.S., Inc.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
(206) 448-1992
sshawver@glpattorneys.com
cshultz@glpattorneys.com
dmenillo@glpattorneys.com
ggullick@glpattorneys.com

Dated:  March 4, 2026

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP

By: ___*s/Valerie Da Silva*_____ _____
     Valerie Da Silva, Legal Assistant
     vdasilva@wilsonelser.com

Page 1 – CERTIFICATE OF SERVICE

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

331191748V.1