The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOROTHY RISHAH,                                ) No. 2:25-cv-00154-BJR
                                               )
        Plaintiff,                             ) **STIPULATION FOR AND ORDER**
                                               ) **OF DISMISSAL WITH**
        v.                                     ) **PREJUDICE**
                                               )
NATIONWIDE AFFINITY INSURANCE                  )
COMPANY OF AMERICA,                            )
                                               )
        Defendant.                             )
                                               )

## I.  STIPULATION

The undersigned parties stipulate that all claims and causes of action by Plaintiff Dorothy Rishah against Defendant Nationwide Affinity Insurance Company of America be dismissed with prejudice and that the Order below dismissing Plaintiff's claims and causes of action with prejudice and without an award of fees or cost may be entered.

Dated this 26th day of May, 2026.          Dated this 26th day of May, 2026.

WILSON ELSER MOSKOWITZ                       GLP ATTORNEYS, P.S., INC.
EDELMAN & DICKER, LLP


*s/Kirsten Curtis*                           *s/ Scott Shawver*
Kirsten Curtis, WSBA # 48985                 Scott Shawver, WSBA #24048
Vanessa G. Aaron, WSBA #60826                Conner Shultz, WSBA # 64214
*Attorneys for Defendant*                    *Attorneys for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL WITH
PREJUDICE - 1

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

## II. ORDER

THIS MATTER having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that Plaintiff's claims and causes of action against Defendant be dismissed with prejudice and without an award of attorney fees or cost to either party.

Dated: May 26, 2026

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

Presented by:

GLP ATTORNEYS, P.S., INC.

*s/ Scott Shawver*
_____
Scott Shawver, WSBA #24048
Conner Shultz, WSBA # 64214
*Attorneys for Plaintiff*

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*s/Kirsten Curtis*
_____
Kirsten Curtis, WSBA # 48985
Vanessa G. Aaron, WSBA #60826
*Attorneys for Defendant*

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE** - 2

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

| | |
|---|---|
| Kirsten Curtis, WSBA # 48985<br>Vanessa G. Aaron, WSBA #60826<br>Wilson Elser Moskowitz Edelman &<br>Dicker, LLP<br>805 SW Broadway – Fox Tower, Ste. 2460<br>Portland, OR 97205<br>kirsten.curtis@wilsonelser.com<br>kaley.nelson@wilsonelser.com<br>vanessa.aaron@wilsonelser.com<br>jill.lee@wilsonelser.com<br>***Attorney for Defendant*** | [ ]    U.S. Postal Service (First Class)<br>[ ]    Facsimile to:<br>[ ]    U.S. Postal Service Express Mail<br>[ ]    Hand Delivery<br>[ ]    Via Legal Messenger<br>[ ]    E-Service<br>[X]    E-Filed<br>[X]    E-Mailed |

DATED: May 26, 2026  By:        /s/ Danielle Menillo

Paralegal to Scott Shawver for
GLP Attorneys, P.S., Inc.

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE** - 3

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**